```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  OLUSERE OLOWOYEYE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2891
```

FILED
JAN 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 3:13-mj-00003 CMK |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| BENJAMIN SOTO, and JOAQUIN FERNANDO SOTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, counsel for the plaintiff United States of America, and defendant Benjamin Soto, by and through his counsel Chris Cosca, Esq., and defendant Joaquin Fernando Soto, by and through his counsel Olaf Hedberg, Esq., that good cause exists to extend the preliminary hearing currently set for January 28, 2013, at 2:00 p.m. to February 7, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendants have requested initial production of discovery, including visual images

1

from the narcotics trafficking indicia alleged in the Criminal Complaint. Moreover, the government has recently provided initial discovery, including a number of different reports from separate law enforcement agencies. Defense counsel will need additional time to review these documents to prepare for the preliminary hearing. For these reasons, the defendants agree that a continuance of the preliminary hearing date will not prejudice them.

The parties further stipulate that the ends of justice are served by the Court excluding time from January 28, 2012, to February 7, 2013, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against these defendants, review the discovery requested in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case and the forthcoming petition for violations of supervised release. Id.

//
//
//
//
//
//
//
//

For these reasons, the defendants, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: January 24, 2013    /s/Olusere Olowoyeye
Olusere Olowoyeye
Assistant U.S. Attorney

DATED: January 24, 2013    /s/Olusere Olowoyeye for Mr. Cosca
Chris Cosca, ESQ.
Counsel for Defendant

DATED: January 24, 2013    /s/Olusere Olowoyeye for Mr.Hedberg
Olaf Hedberg, ESQ.
Counsel for Defendant

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Benjamin Soto and Joaquin Fernando Soto</u>, Case No. 3:13-mj-00003 CMK, from January 28, 2013, to February 7, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from from January 28, 2013, up to and including February 7, 2013.

**IT IS SO ORDERED.**

DATE: 1/25/13

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE